## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL STEPHEN AGEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN NATIONAL CORP., and LINCOLN NATIONAL LIFE INSURANCE COMPANY collectively d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendants. | Case No. 2:17-cv-01094-GJP |

## ORDER

AND NOW, this __27th__ Day of __March__, 2017, it is hereby

ORDERED that the Motion for Admission Pro Hac Vice of Daniel C. Girard to practice in this Court pursuant to Local Rules of Civil Procedure 83.5.2(b) is hereby GRANTED.

                                                                */s/ Gerald J. Pappert*
                                                               The Honorable Gerald J. Pappert