UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL STEPHEN AGEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN NATIONAL CORP., and LINCOLN NATIONAL LIFE INSURANCE COMPANY collectively d/b/a LINCOLN FINANCIAL GROUP,<br><br>Defendants. | Case No. 2:17-cv-01094-GJP |

**ORDER**

AND NOW, this  27th  Day of  March , 2017, it is hereby

ORDERED that the Motion for Admission Pro Hac Vice of Angelica M. Ornelas to practice in this Court pursuant to Local Rules of Civil Procedure 83.5.2(b) is hereby GRANTED.

*/s/ Gerald J. Pappert*
The Honorable Gerald J. Pappert