UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOEL STEPHEN AGEL, on behalf of himself and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**LINCOLN NATIONAL CORP., and LINCOLN NATIONAL LIFE INSURANCE COMPANY collectively d/b/a LINCOLN FINANCIAL GROUP,**<br><br>Defendants. | Case No. 2:17-cv-01094-GJP |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES B. ZOURAS

David J. Cohen, counsel for Joel Stephen Agel (the "Plaintiff") hereby moves, pursuant to Rule 83.5.2(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, for the admission *pro hac vice* of James B. Zouras, and in support declare as follows:

1. The undersigned is of-counsel with the firm Stephan Zouras, LLP, and admitted to practice and in good standing before this Court.

2. The undersigned counsel represents the Plaintiff and his appearance has been entered in this matter.

3. The Plaintiff requests representation by Stephan Zouras, LLP and James B. Zouras in this case. Mr. Zouras' representation will benefit the Plaintiff because of his significant experience and expertise with class actions and complex litigation. The efficient prosecution and administration of this case will be materially advanced by the admission *pro hac vice* of Mr. Zouras.

4. All counsel have been contacted and there are no objections to this motion.

5. This motion is accompanied by the Declaration of James B. Zouras in compliance with the Court's current Policies and Procedures.

Dated: March 27, 2017

Respectfully submitted,

**STEPHAN ZOURAS, LLP**

By: /s/ *David J. Cohen*
David J. Cohen
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA 19106
Telephone: (215) 873-4836
Email: dcohen@stephanzouras.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Cohen, hereby certify that on March 27, 2017, I caused a copy of the **Motion for Admission *Pro Hac Vice* of James B. Zouras** to be served upon all counsel of record electronically through the Court's CM/ECF system.

/s/ *David J. Cohen*