# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOEL STEPHEN AGEL for himself and all others similarly situated,**<br>**Plaintiff,**<br><br>**v.**<br><br>**LINCOLN NATIONAL CORP., and LINCOLN NATIONAL LIFE INSURANCE COMPANY collectively d/b/a LINCOLN FINANCIAL GROUP,**<br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 17-cv-01094-GJP** |

## ORDER

**AND NOW**, this 12 th day of May 2017, in consideration of (a) the Court's March 20, 2017 Order Consolidating Related Actions Pursuant to Rule 42(a)(2) and Appointing Plaintiffs' Interim Class Counsel Pursuant to Rule 23(g), ECF No. 35, which applies to the four actions previously consolidated (the "Related Actions") under the caption *In re: Lincoln National COI Litigation*, Case No. 16-cv-06605, and "to each case that may be filed subsequently in this Court that relates to the same subject matter as in the Related Actions" and therefore governs this action, (b) the Court's April 25, 2017 Order directing the Clerk to change the caption of the Related Cases, ECF No. 36, and (c) Plaintiff Joel Stephen Agel's agreement that his case should be consolidated with the Related Actions, it is hereby **ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to designate this case, Case No. 2:17-cv-01094-GJP, as part of the consolidated action, *In re: Lincoln National COI Litigation*, Case No. 16-cv-06605, and to change the caption of this case to *In re: Lincoln National COI Litigation*, and keep the current case number 17-cv-01094-GJP; and add any party appearing in this case within the consolidated action; and

2. The Clerk of Court is **DIRECTED** to add all counsel appearing in this case, who have (i) entered a notice of appearance or (ii) been granted admission *pro hac vice*, to be included within the consolidated action and to receive electronic notifications for any document filed in the consolidated action.

3. The initial complaint filed in this action by Plaintiff Joel Stephen Agel is superseded and without further force and effect.  The operative complaint in this action is the Consolidated Class Action Complaint filed in *In re: Lincoln National COI Litigation,* No. 16-cv-06605.

Dated:  May 12th 2017

BY THE COURT

  */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.